ACCEPTED
01-15-00548-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/4/2015 1:14:33 PM
CHRISTOPHER PRINE
CLERK

**IN THE COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**
**NO. 01-15-00547-CR**
**NO. 01-15-00548-CR**
**NO. 01-15-00549-CR**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

9/4/2015 1:14:33 PM

CHRISTOPHER A. PRINE
Clerk

**WILLIE CLARKE**
Appellant,

V.

On Appeal From the 178th
District Court of Harris County
Trial Cause Nos 1453864,
1457279 & 1465671

**THE STATE OF TEXAS**
Appellee

**MOTION TO WITHDRAW**

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, counsel for WILLIE CLARKE Appellant in the above cause, would respectfully request the Court to grant her motion to withdraw. In support of said motion, counsel would show unto the Court the following:

I.

This appeal lies from Appellant's convictions in *The State of Texas v. Willie Clarke* Cause Numbers 1453864, 1457279 & 1465671 in the 178th District Court of Harris County. Appellant was found guilty of theft third offender, and two cases of fraudulent use of identifying information. Appellant was sentenced to six months confinement in the State Jail on the theft case and one of the fraudulent use of identifying information. He was sentenced to three years in the Institutional Division

1

of the Texas Department of Criminal Justice on the second case of fraudulent use of identifying information. Notice of Appeal was timely filed. On September 4, 2015, counsel filed an *Anders* brief.

## II.

Appellant is indigent, a judicial finding having been made on February 9, 2015. The Harris County Public Defender's Office was appointed to represent Appellant on appeal. Counsel believes the appeal to be wholly frivolous, and files this her motion to withdraw. The supporting brief filed simultaneously with this motion to withdraw shows good cause for the granting of this motion to withdraw.

## III.

Pursuant to *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014), the undersigned is providing copies of the following items to Appellant:

1. the *Anders* brief filed

2. the Motion to Withdraw

3. the clerk's record consisting of 1 volume in all three cause numbers

4. the extension of time for pro se brief

5. a form pro se motion for access to the appellate record

Counsel has also advised Appellant that he has the right to file a pro se response to the Anders brief and has the right to request this Court provide him access to the record and the right to review the record prior to filing a response. Counsel has also

2

advised Appellant should this Court agree that the appeal is frivolous, he has the right to file a pro se Petition for Discretionary Review with the Court of Criminal Appeals.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court grants this Motion to Withdraw.

Respectfully submitted,


Alexander Bunin
Chief Public Defender


*/s Angela Cameron*
Angela Cameron
State Bar No. 00788672
Harris County Public Defender's Office
Assistant Public Defender
1201 Franklin 13th Floor
Houston, Texas 77002
Tel: 713-368-0016


# CERTIFICATE OF SERVICE

I certify that on the 4th day of September 2015 a copy of the foregoing instrument has been served upon the State of Texas via electronic service.


*/s Angela Cameron*
ANGELA CAMERON

3